Randy E. KOCH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74603.

Missouri Court of Appeals,
Western District.

April 9, 2013.

S. Kate Webber, for Appellant.

Robert J. Bartholomew, Jr., Jefferson City, for Respondent.

Before Division Four: JOSEPH M. ELLIS, Presiding Judge, GARY D. WITT, Judge and ZEL FISCHER, Special Judge.

### ORDER

PER CURIAM:

Randy E. Koch appeals from the motion court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. A formal, published opinion would serve no jurisprudential purpose; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**